**Ellen SHERWIN, Plaintiff–Appellant,**

v.

**James SWINDELL; Orlando Hudson,
Defendants–Appellees.**

No. 01–2237.

United States Court of Appeals,
Fourth Circuit.

Submitted July 25, 2002.

Decided July 31, 2002.

Ellen Sherwin, Appellant Pro Se.

Before WILKINS, MOTZ, and
TRAXLER, Circuit Judges.

PER CURIAM.

Ellen Sherwin seeks to appeal the district court's order dismissing her civil complaint for improper venue. We dismiss the appeal for lack of jurisdiction because Sherwin's notice of appeal was not timely filed. Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, *see* Fed. R.App. P. 4(a)(1), unless the district court extends the appeal period under Fed. R.App. P. 4(a)(5) or reopens the appeal period under Fed. R.App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." *Browder v. Director, Dep't of Corr.*, 434 U.S. 257, 264, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978) (quoting *United States v. Robinson*, 361 U.S. 220, 229, 80 S.Ct. 282, 4 L.Ed.2d 259 (1960)). The district court's order was entered on the docket on January 29, 2001. Sherwin's notice of appeal was filed on Oct. 10, 2001. Because Sherwin failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*